**Brandon Kel ONE FEATHER, as surviving child of Police Office Kelmar Harwin One Feather, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5003.

United States Court of Appeals, Federal Circuit.

May 12, 2005.

Before NEWMAN, BRYSON, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36

**WATERTITE PRODUCTS, INC. (as a substitute for Truebro, Inc.), Plaintiff–Appellee,**

v.

**PLUMBEREX SPECIALTY PRODUCTS, INC. and Futura Sales, Inc., Defendants–Appellants.**

No. 04–1321.

United States Court of Appeals, Federal Circuit.

May 12, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).